JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>           Plaintiff,<br><br>v.<br><br>TIFFANY FEREYDOUNI,<br><br>           Defendant. | **Case No: 5:16-cv-00897-ODW-DTB**<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

1

In light of Plaintiff's failure to comply with the Court's September 23, 2016, Order to Show Cause, and lack of prosecution appearing in the case, **IT IS HEREBY ORDERED** that the entire action and all claims asserted therein are DISMISSED without prejudice.

**IT IS SO ORDERED**.

October 25, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**